**FILED**
**CLERK**

10/2/2014 1:31 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

14-CV-5682 (SJF)(AKT)

1) indicated that this case is related to the following case(s):

_____

-OR-

2) was directly assigned as a Pro Se or Habeas case as related to

14-CV-3532(SJF) (AKT),  14-CV-4125(SJF)(AKT)         .