UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JARRETT R. JENKINS,

                Plaintiff,

    -against-

LVNV FUNDING, LLC,

                Defendant.
----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ OCT 09 2014 ★

LONG ISLAND OFFICE

ORDER
14-CV-5682 (SJF)(AKT)

FEUERSTEIN, District Judge:

    The Court's records reflect that the complaint in this action was filed on September 29, 2014. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

    Accordingly, if service is not made upon defendant by **January 27, 2015,** or plaintiff fails to show good cause why such service has not been effected, this action will be dismissed without prejudice. **Plaintiff is to provide a copy of this Order to the defendant along with the summons and complaint, and shall file proof of service with the Court.**

    Plaintiff is required to advise the Clerk of Court of any change of address. Failure to keep the Court informed of plaintiff's current address means the Court will not know where to contact plaintiff and may result in dismissal of the case.

    SO ORDERED.

                                            s/ Sandra J. Feuerstein

                                            Sandra J. Feuerstein
Dated:   October 9, 2014                 United States District Judge
          Central Islip, New York