UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Sandra J. Feuerstein
Honorable U.S. District Judge
100 Federal Plaza, Room 1010
Central Islip, NY 11722

October 20, 2014

Re: Jenkins v. LVNV Funding, LLC
 2:14cv-05682 (SJF-AKT)

Dear Judge Feuerstein,

Plaintiff wishes to advise the court that pursuant to FRCP 4(b) and (c), that he has not presented the summons to the clerk of the court to be executed and subsequently not served the Defendant with the complaint and summons.

Accordingly, the Plaintiff request that any current and future proceedings in this matter be postponed indefinitely until the Plaintiff has served the Defendant with the complaint and summons.

Respectfully,

Jarrett R. Jenkins
334 Locust Street, Apt-1
West Hempstead, NY 11552-3044
516-841-3132
jrobertjenkins@gmail.com

RECEIVED
OCT 20 2014
EDNY PRO SE OFFICE