UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Sandra J. Feuerstein
Honorable U.S. District Judge
100 Federal Plaza, Room 1010
Central Islip, NY 11722

October 20, 2014

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   OCT 20 2014   ★

LONG ISLAND OFFICE

Re: Jenkins v. LVNV Funding, LLC
    2:14cv-05682 (SJF-AKT)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   OCT 24 2014   ★

LONG ISLAND OFFICE

Dear Judge Feuerstein,

Plaintiff wishes to advise the court that pursuant to FRCP 4(b) and (c), that he has not presented the summons to the clerk of the court to be executed and subsequently not served the Defendant with the complaint and summons.

Accordingly, the Plaintiff request that any current and future proceedings in this matter be postponed indefinitely until the Plaintiff has served the Defendant with the complaint and summons.

Respectfully,

*(signature)*
Jarrett R. Jenkins
334 Locust Street, Apt-1
West Hempstead, NY 11552-3044
516-841-3132
jrobertjenkins@gmail.com

RECEIVED

OCT 20 2014

EDNY PRO SE OFFICE

**Order**
The application is:
___ granted
✓ denied
___ referred to Magistrate Judge _____ for
    ___ decision
    ___ report and recommendation

SO ORDERED.

s/ Sandra J. Feuerstein
USDJ                          10/24/14