**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| JARRETT R. JENKINS,<br><br>                  Plaintiff,<br><br>- against –<br><br>LVNF FUNDING, LLC,<br>                 Defendant. | Case No. 14-cv-5682-SJF-AKT<br><br>Sandra J. Feuerstein, USDJ<br>A. Kathleen Tomlinson, USMJ |

---

## LIMITED APPEARANCE OF COUNSEL

To:    The Clerk of Court and all parties of record.

The undersigned is admitted and authorized to practice in this Court, and makes a limited appearance in this case for Plaintiff Jarrett R. Jenkins for the limited purpose of representing Plaintiff during his deposition by Defendant.


Dated:  July 14, 2015           Respectfully submitted,

                           By:  /s/ Joseph S. Tusa_____
                              Joseph S. Tusa

                           **TUSA P.C.**
                           P.O. Box 566
                           53345 Main Road, Ste. 10-1
                           Southold, NY 11971
                           Telephone:  (631) 407-5100
                           Email:  joseph.tusapc@gmail.com

## CERTIFICATE OF SERVICE

Joseph S. Tusa, a member in good standing of the bar of this Court and counsel for Plaintiff in this action, certifies that on March 19, 2015 the accompanying *Notice of Motion and Motion for Class Certification* was served on the registered agents for service and agents for Defendants indicated below by FedEx overnight mail:

KEYSPAN CORPORATION
KEYSPAN GAS EAST CORPORATION
NATIONAL GRID GENERATION LLC
NIAGARA MOHAWK HOLDINGS, INC.
NIAGARA MOHAWK POWER CORPORATION
THE BROOKLYN UNION GAS COMPANY
C/O Corporation Service Company
80 State Street
Albany, New York, 12207-2543

BOSTON GAS COMPANY
MASSACHUSETTS ELECTRIC COMPANY
NATIONAL GRID NORTH AMERICA INC.
NATIONAL GRID USA
NEW ENGLAND POWER COMPANY
C/O Corporation Service Company
84 State Street
Boston, MA 02109

THE NARRAGANSETT ELECTRIC COMPANY
C/O Corporation Service Company
222 Jefferson Boulevard, Suite 200
Warwick, RI 02888

NATIONAL GRID PLC
C/O National Grid USA
Attn: General Counsel
40 Sylvan Road
Waltham, MA 02451

BRITISH TRANSCO FINANCE INC.
C/O National Grid USA Service Company, Inc.
25 Research Drive
Westborough, MA 01582


Dated:  March 19, 2015

/s/ Joseph S. Tusa_____
Joseph S. Tusa

**TUSA P.C.**
Email:  joseph.tusapc@gmail.com
P.O. Box 566
53345 Main Road, Ste. 10-1
Southold, NY 11971
Telephone:  (631) 407-5100