UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

A. Kathleen Tomlinson                                    September 29, 2015          **F I L E D**
Honorable U.S. Magistrate Judge                                                    IN CLERK'S OFFICE
100 Federal Plaza, Room 910                                                    U.S. DISTRICT COURT E.D.N.Y.
Central Islip, NY 11722                                                         ★   SEP 29 2015   ★

Re: <u>Jenkins v. LVNV Funding , LLC</u>                                            LONG ISLAND OFFICE
    **2:cv-14-05682 -SJF-AKT**

Dear Judge Tomlinson,

Pursuant to your Order dated September 22, 2015 DE 29, the Plaintiff wishes to advise the court
on his request to depose the eight (8) individuals listed in his amended deposition notice to the
Defendant dated August 23, 2015.

Plaintiff wishes to depose Meghan Emmerich who LVNV identified as an Authorized
Representative of LVNV Funding, LLC and Senior Manager of Litigation at Resurgent Capital
Services, LP. She provided information and documents to the Plaintiff's First Set of
Interrogatories to the Defendant.

Due to the fact that the Defendant has provided the identity of this individual, in direct response
to my interrogatories, I intend to find out exactly what she knows, how she came across this
information and when she came across whatever information she has.

As to Heather Bailey, Heidi Rhodes, Tammy Jordan and Kimberley Henderson their positions
and/or titles are currently unknown but their names appear on ACDVs as the responder or
authorized verifier of not only information regarding the tradeline that is in question but also
according to the ACDVs it appears they work for LVNV Funding, LLC. These individuals are
the one's that conducted the investigations in accordance with 1681s-2b and being that they did
conduct those investigations, I intend to explore that fact. *Please see attached Exhibit 1 as an
illustration of all the individuals that appear on the ACDVs.*

As to Lisa Campbell, Sheena White and Sharonda Young who are no longer employed by neither
LVNV or Resurgent, their positions and/or titles are currently unknown but their names appeared
on ACDVs as the responder or authorized verifier of not only information regarding the tradeline
that is in question but also according to the ACDVs it appears they worked for LVNV Funding,
LLC. These individuals are the one's that conducted the investigations in accordance with
1681s-2b and being that they did conduct those investigations, I intend to explore that fact.

The testimony of the people appearing on the ACDVs and a 30(b)(6) witness the Defendant
wants to substitute for those individuals on those ACDVs are not duplicative because the
testimony of the individuals that conducted the actual investigations are far more reliable and
credible than that of a witness who has no first hand fact knowledge of those investigations.

RECEIVED

SEP 2 9 2015

EDNY PRO SE OFFICE

Furthermore should the court accept the Defendant's argument that the individuals that appear on the ACDVs are employees of non-party Resurgent, I will be conducting the depositions in South Carolina.

Respectfully,

Jarrett R. Jenkins
334 Locust Street, Apt-1
West Hempstead, NY 11552-3044
516-841-3132
jrobertjenkins@gmail.com

cc:  via email to Han Sheng Beh (HBeh@hinshawlaw.com)

**EXHIBIT-1**

**PROGRAM:** CAPEXNA
**RUN DATE:** 01/31/2013
**RUN TIME:** 12:42:57
**SUBCODE:** 1623040

EXPERIAN – CONSUMER ASSISTANCE – CAPE
ACDV Response

Auto Response. Printed. – Manual Status
SUBSCRIBER: LVNV Funding
ACCOUNT #: 4460

PAGE: 1

**DISPUTE REASON:** 112 – Claims inaccurate information. Did not provide specific dispute. Provide complete ID and verify account information.

**REMARKS:**

## CONSUMER IDENTIFICATION

| | SUBSCRIBER RESPONSE | SUBSCRIBER CONSUMER ID | |
|---|---|---|---|
| Name: | JARRETT ROBERT JENKINS | JARRETT R JENKINS | |
| SSN: | (redacted) | | Office: 1 |
| DOB: | | | Date Sent: 01/03/2013 |
| Curr Address: | BALDWIN, NY | | Date Due: 02/09/2013 |
| ZIP: | 11510 | | Resp Date: 01/31/2013 |
| Prev Addr 1: | | | DNR Date: |
| Prev Addr 2: | | | Name Flag: 02/09/2013 |
| Account Name: | | | Curr Addr Flag: Same |
| RESPONSE: 02 – Modify account information as indicated. | | | Prev Addr Flag: Unknown |
| | | | SSN Flag: Same |
| | | | DOB Flag: Unknown |
| | | | Authorized Verifier: Tammy Jordan |
| | | | Phone: (864) 240-3455 |

## TRADE INFORMATION

| | SUBSCRIBER RESPONSE | ON PROFILE | CONSUMER CLAIMS |
|---|---|---|---|
| Acct Condition/Comm Status: | | | DF Contact / Phone #: |
| Payment Rating: | | | |
| Cii: | COLL ACCT | | |
| ECOA: | | | |
| Balance Date: | 5,879 | | |
| Amt Past Due: | 5,879 | 3,822 | |
| Orig Deling Date: | 07/26/2008 | 3,822 | 12/10/2012 |
| Credit Limit/Orig Amt: | 3 | | |
| High Credit Balance: | 3,311 | 3,312 | |
| Charge Off Amt: | | | |
| Sch Monthly Pay.  Last Pay: | 0 | 0 | |
| Portfolio Name: | | | |
| Date Last Pay: | | | |
| Open Date:  Closed Date: | | 09/23/2011 | |
| Spec Comm Code: | | | |
| Curr Comm Code: | KB | | |
| Type:  Terms: | IC | 0C | |
| Original Creditor: | HSBC Bank Nevada, N.A. HSBC Ca | HSBC HSBC CARD SERVICES III | |
| Special Payment/Date/Amt: | | | |

### Response History Grid

| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | | | | | | | | | | | | |
| 2012 | B | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |
| 2009 | | | | | | | | | | | | |
| 2008 | | | | | | | | | | | | |
| 2007 | | | | | | | | | | | | |
| 2006 | | | | | | | | | | | | |

### On-File History Grid

| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | G | G | G | G | G | G | G | G | G | G | G | |
| 2012 | G | G | G | G | G | G | G | G | G | G | G | |
| 2011 | G | | | | | | | | | | | |
| 2010 | G | | | | | | | | | | | |
| 2009 | | | | | | | | | | | | |
| 2008 | | | | | | | | | | | | |
| 2007 | | | | | | | | | | | | |
| 2006 | | | | | | | | | | | | |

0603308472007

398805480900004

| | |
|---|---|
| PROGRAM: | CAPRESPA |
| RUN DATE: | 02/25/2014 |
| RUNTIME: | 21:21:36 |

EXPERIAN CONSUMER ASSISTANCE, CAPS
ACDV Response
Auto Response: Printed, Manual States

DOCUMENT VIEWED:    PAGE:
PAGE: 1

SUBCODE: 1623040

ACCOUNT #: _____9460

SUBSCRIBER: LVNV Funding

DISPUTE
REASON:    001- Not his/hers. Provide complete ID.

REMARKS:   CALL 2147260057 FOR CONSUMER STATEMENT

**CONSUMER IDENTIFICATION**

| | | | | | |
|---|---|---|---|---|---|
| Name: | JARRETT ROBERT JENKINS | | | SUBSCRIBER CONSUMER ID | |
| SSN: | DOB: | 10/25/1973 | | Jarret R Jenkins | |
| Cur Address: | | | | | |
| ZIP: | 11510 | BALDWIN, NY | | | |
| Prev Addr 1: | | | | | |
| Prev Addr 2: | | | | | |
| Account Name: | | | | | |

**RESPONSE:** #2 - Modify account information as indicated.

| SUBSCRIBER RESPONSE | | | |
|---|---|---|---|
| | | | |

| TRADE INFORMATION | | | |
|---|---|---|---|
| Acct Condition/Curent Status: | | / COLL ACCT | ON PROFILE |
| Act Status/Rating: | 93 | | |
| Payment Rating: | | | |
| CII: | | | |
| Balance: | BCOA: | Balance Date: | |

| | | | |
|---|---|---|---|
| Amt Past Due: | 4,337 | 08/25/2014 | 4,293 02/11/2014 |
| Orig Delinq Date: | 4,337 | | 4,293 |
| Credit Limit/Orig Amt: | 07/29/2008 | | |
| High Credit Balance: | 0 | | |
| Charge Off Amt: | 3,311 | | 3,312 |
| Sch Monthy Pyc: | 0 | 0 | |
| Act Pyc: | | | |
| Portfolio Name: | | | |
| Date Last Pay: | | | |
| Open Date: | 09/23/2011 | | 09/23/2011 |
| Date Closed: | Closed Date: | | |
| Spec Comm Code: | | | |
| Cons Compl Code: | XR | | XR |
| Type: | 0C | | 0C |
| Terms: | Freq: | | |
| Original Creditor: | 001 | | 001 |
| Special Payment/Date/Amt: | HSBC BANK NEVADA N A, HSBC CA | | HSBC BANK NEVADA N A, HSBC CA |

**Response History Grid**

| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | | | | | | | | | | | B | |
| 2013 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |
| 2009 | | | | | | | | | | | | |
| 2008 | | | | | | | | | | | | |
| 2007 | | | | | | | | | | | | |

**On File History Grid**

| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | | 1 | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |
| 2009 | | | | | | | | | | | | |
| 2008 | | | | | | | | | | | | |
| 2007 | | | | | | | | | | | | |

**CONSUMER CLAIMS**
CONSUMER

| | | | | |
|---|---|---|---|---|
| Office: | 1 | | | |
| Date Sent: | 02/17/2014 | | | |
| Date Due: | 04/09/2014 | | | |
| Resp Date: | 02/25/2014 | | | |
| DNR Date: | 04/09/2014 | | | |
| | | D | X | S | U |
| Name Flag: | Same | U | U | U |
| Prev Addr Flag: | Same | | | |
| Cur Addr Flag: | Same | | | |
| SSN Flag: | Unknown | | | |
| DOB Flag: | Unknown | | | |
| Authorized Verifier: | Shonda Young | | | |
| Phone: | (864) 248-5855 | | | |
| DF Contact Phone #: | | | | |
| CONSUMER Phone #: | | | | |