# CIVIL CAUSE FOR INITIAL CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**DATE:** September 29, 2015        **TIME:** 1 minute

**CASE NUMBER:**

2:14-cv-05682-SJF-AKT

**CASE TITLE:**

Jenkins v. LVNV Funding, LLC.

**PLTFFS ATTY:**  Robert Jenkins
                              present              X not present

**DEFTS ATTY:**  Han Shen Beh
                              present              x  not present

**COURT REPORTER:** Maryann Steiger

**COURTROOM DEPUTY:** Bryan Morabito

**OTHER:**

X    CASE CALLED.

_    ARGUMENT HEARD / CONT'D TO_____.

_    DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER: A further status conference is scheduled on 2/9/2016 at 11:15 am.**

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y
★   SEP 29 2015   ★
LONG ISLAND OFFICE